AO 467 (Rev. 01/09) Order Requiring a Defendant to Appear in the District Where Charges are Pending and Transferring Bail

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. 4:21-mj-70419-MAG-1 |
| Hector Diaz Perez | ) | |
| | ) | Charging District:  **District of Nebraska** |
| *Defendant* | ) | Charging District's Case No.  4:20-cr-3066 |

**FILED**

Mar 16 2021

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

## ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL

After a hearing in this court, the defendant is released from custody and ordered to appear in the district court where the charges are pending to answer those charges.  If the time to appear in that court has not yet been set, the defendant must appear when notified to do so.  Otherwise, the time and place to appear in that court are:

| | |
|---|---|
| Place: 100 Centennial Mall, Lincoln NE | Courtroom No.: |
| | Date and Time: 4/6/2021 2:30 pm |

The clerk is ordered to transfer any bail deposited in the registry of this court to the clerk of the court where the charges are pending.

Date:  _____03/16/2021_____

_____
*Judge's signature*

_____
Magistrate Susan van Keulen
*Printed name and title*